# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOKO RHINES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 1:14-cv-01662-MCE (JLTx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　Based upon the stipulation of the parties (ECF No. 20) and for good cause shown, it is hereby ordered that this action is dismissed with prejudice in its entirety as to all defendants pursuant to Federal Rule of Civil Procedural 41(a).  Each party shall bear its own attorneys' fees and costs in this matter.

　　　IT IS SO ORDERED.

Dated:  June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT